UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:11-CV-351-GAP-GJK

OWEN HARTY,

    Plaintiff,

v.

ROSS DRESS FOR LESS, INC.,

    Defendant.

_____/

## JOINT MOTION FOR APPROVAL OF FINAL SETTLEMENT AND FOR DISMISSAL

Plaintiff, Owen Harty and Defendant, Ross Stores, Inc., pursuant to Fed. R. Civ. P. 41(b), M.D. Fla. L.R. 3.08(b), and the Court's November 3, 2011 Order (D.E. #31), jointly move for the entry of an Order approving the parties' attached Stipulation for Final Settlement and Dismissal and dismissing this action with prejudice.

Plaintiff initiated this suit for injunctive relief under the Americans with Disabilities Act ("ADA").  Subsequently, the parties reached a *partial* settlement and filed a "Notice of Settlement Stipulation" on November 2, 2011. (D.E. #30).  However, this settlement did not resolve the issue of attorney's fees nor request that the Court take any action to either approve the settlement, or enforce its terms.  Pursuant to M.D. Fla. L.R. 3.08, the Court dismissed the case without prejudice to the submission of a stipulated form of final order or judgment.  Although Plaintiff subsequently filed a motion for attorney's fees, the Court denied that motion because no order or judgment had been submitted or entered to establish Plaintiff's right to claim attorney's fees as a "prevailing party."  (D.E. # 36)

Now, the parties have reached a complete agreement based upon the performance of the "Notice of Settlement Stipulation" and their compromise of the issue of attorney's fees, as reflected in the attached "Stipulation for Final Settlement and Dismissal." Accordingly, pursuant to Local Rule 3.08(b), the parties now move for the entry of the attached, proposed "Final Order Approving Settlement And Dismissing With Prejudice" approving the settlement and dismissing this action with prejudice.

Respectfully submitted,

| | |
|---|---|
| **THOMAS B. BACON, P.A.** | **LITTLER MENDELSON, P.C.** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 4868 S.W. 103 Ave | Suite 1500 – One Biscayne Tower |
| Cooper City, Florida 33328 | 2 South Biscayne Boulevard |
| Tel: 954-478-7811 | Miami, Florida 33131-1804 |
| Fax: 954-237-1990 | Tel: 305-400-7500 |
| | Fax: 305-489-6375 |

By: *Thomas B. Bacon*
    Thomas B. Bacon, Esq.
    Florida Bar No. 139262

Dated: April 12, 2012

By: *Courtney B. Wilson*
    Courtney B. Wilson, Esq.
    Florida Bar No. 0614580

Dated: April 12, 2012

- 2 -

Firmwide:110323225.1 022233.2308

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:11-CV-00351-GAP-GJK

Barbara R. Joyner, Esq.
Law Office of Barbra R. Joyner, P.A.
E-Mail: bjoyner143@aol.com
1470 E. Michigan Street
Orlando , FL 32806
Tel: (407) 481-7997
Fax: (407) 481-7986
*Attorneys for Plaintiff*
*(Served via transmission of Notices of*
*Electronic Filing generated by CM/ECF)*

Courtney B. Wilson, Esq.
LITTLER MENDELSON, P.C.
E-mail: cwilson@littler.com
One Biscayne Tower, Suite 1500
2 South Biscayne Boulevard
Miami, FL 33131
Tel: (305) 400-7500
Fax: (305) 603-2552
*Attorneys for Defendant*
*(Served via transmission of Notices of*
*Electronic Filing generated by CM/ECF)*

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
E-Mail: tbb@thomasbaconlaw.com
4868 S.W. 103 Ave
Cooper City, FL 33328
Tel: (954) 478-7811
Fax: (954) 237-1990
*Attorneys for Plaintiff*
*(Served via transmission of Notices of*
*Electronic Filing generated by CM/ECF)*

Anthony J. Hall, Esquire
LITTLER MENDELSON, P.C.
E-mail: ajhall@littler.com
111 North Magnolia Avenue, Suite 1250
Orlando, FL 32801
Tel: (407) 393.2900
Fax: (407) 393.2929
*Attorneys for Defendant*
*(Served via transmission of Notices of*
*Electronic Filing generated by CM/ECF)*

Firmwide:110323225.1 022233.2308