UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:11-CV-351-GAP-GJK

OWEN HARTY,

    Plaintiff,

v.

ROSS DRESS FOR LESS, INC.,

    Defendant.
_____/

**FINAL ORDER APPROVING SETTLEMENT AND DISMISSING WITH PREJUDICE**

THIS CAUSE having come before the Court upon the parties' "Joint Motion For Approval Of Final Settlement And For Dismissal," and the parties having submitted this stipulated form of final order pursuant to M.D. Fla. L. R. 3.08(b), it is hereby

ORDERED and ADJUDGED that the parties' "Stipulation for Final Settlement and Dismissal" is approved and this action, and each claim which was or could have been brought therein, is dismissed with prejudice, without an award of costs or attorney's fees to any party. The Clerk shall close this case.

DONE and ORDERED in Chambers at Orlando, Florida, this 13 day of April 2012.

                                                  GREGORY A. PRESNELL
                                                U.S. DISTRICT COURT JUDGE

Copies furnished to:

Courtney B. Wilson, Esq.
Thomas Bacon, Esq.

Firmwide:110324379.1 022233.2308